No. 4686.—ESCOBAR ET AL., apldos., v. CANDAL, aplte.— ■■■■■■■■■■■■■■ C. D. San Juan. Nov. 8, 1928.

POR CUANTO aparece en este caso que en 16 de diciembre de 1926 se interpuso por Eladio J. Candal, una apelación contra la sentencia dictada por la corte; y se han pedido y obtenido por el apelante quince prórrogas para la exposición del caso;

POR CUANTO aparece que la última de esas prórrogas venció el 6 de julio de 1928, sin que se presentase tal exposición del caso;

POR TANTO se declara con lugar la moción de la apelada y se desestima la apelación.

No. 4690.—ARMOUR & Co., aplda., v. ROMERO, aplte.— ■■■■■■■■ C. D. San Juan. Nov. 8, 1928. Vista la anterior moción de desestimación y apareciendo de la misma y de la certificación acompañada que la sentencia se dictó en este caso en marzo 10 del corriente año, que la apelación se interpuso el día 10 de abril de 1928, que el apelante solicitó y obtuvo varias prórrogas para radicar la exposición del caso lo que no ha hecho hasta la fecha. No habiéndose radicado la transcripción en el Tribunal Supremo se declara con lugar la referida moción y en su consecuencia se desestima la apelación.